# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chloe McQueen, | No. CV-24-03368-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| University of North Dakota, et al., | |
| Defendants. | |

Having received the parties' Stipulation to Extend Time for Defendant University of North Dakota to Answer Plaintiff's Complaint, and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 13). Defendant University of North Dakota shall have through and including **April 21, 2025**, to answer or otherwise respond to Plaintiff's complaint (Doc. 1).

Dated this 18th day of April, 2025.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge