1  Michael J. Petitti, Jr. – 011667
   Sarah O'Keefe – 030131
2  SHIELDS PETITTI & ZOLDAN, PLC
   5090 N. 40th Street, Suite 207
3  Phoenix, Arizona 85018
4  Telephone: (602) 718-3330
   Facsimile: (602) 675-2356
5  E-Mail:  mjp@shieldspetitti.com
   E-Mail:  sno@shieldspetitti.com
6  Attorneys for Plaintiff Chloe McQueen

7  Deon M. Franklin – 038350
   Kate J. Merolo - 027333
8  CHDB Law LLP
9  1400 East Southern Avenue, Suite 400
   Tempe, Arizona 85282-5691
10 Telephone: (480) 427-2800
   Facsimile: (480) 427-2801
11 E-Mail: Deon.Franklin@chdblaw.com
   E-Mail: Kate.Merolo@chdblaw.com
12 E-Mail: minuteentries@CHDBLaw.com
   Attorneys for UND Aerospace Foundation
13
14 Kate J. Merolo – 027333
   Special Assistant Attorney General
15 1400 East Southern Avenue, Suite 400
   Tempe, Arizona 85282-5691
16 Telephone: (480) 427-2800
   Facsimile: (480) 427-2801
17 E-Mail: Kate.Merolo@chdblaw.com
   E-Mail: minuteentries@CHDBLaw.com
18 Attorney for University of North Dakota

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Chloe McQueen, | Case No. 24-cv-03368-MTL |
| Plaintiff, | |
| v. | **REVISED PROPOSED DATES FOR SCHEDULING ORDER** |
| University of North Dakota dba Aerospace Foundation; UND Aerospace Foundation, | |
| Defendants. | |

Pursuant to the Court's instructions at the Rule 16 Conference on June 10, 2025, the

1389745.1

parties hereby submit revised dates in **bold** for the Court's consideration:

1. **PROPOSED SPECIFIC DEADLINES FOR** (Deadlines should fall on a Friday unless impracticable):

| | |
|---|---|
| Deadline for Amending the Pleadings: | June 20, 2025 |
| Deadline for Lodging Proposed Joint Stipulated Protective Order with the Court: | N/A |
| Deadline for the completion of fact discovery: | **December 19, 2025** |
| Dates for full and complete Expert Disclosures under Federal Rule of Civil Procedure 26(a)(2)(A)-(C): | **March 13, 2026** |
| Full and complete disclosure of rebuttal experts: | **April 10, 2026** |
| Deadline for completion of all experts' depositions: | **May 15, 2026** |
| Deadline for filing dispositive motions: | **June 12, 2026** |
| Date by which parties will have engaged in face-to-face good faith settlement talks: | January 9, 2026 |
| Deadline to file Joint Mediation Plan: | October 23, 2025 |

DATED this 10th day of June, 2025.

SHIELDS PETITTI & ZOLDAN, PLC

By /s/ Sarah N. O'Keefe
Michael J. Petitti, Jr.
Sarah N. O'Keefe
5090 N. 40th Street, Suite 207
Phoenix, Arizona 85018
Attorneys for Plaintiff

CHDB LAW LLP

By: /s/ Deon Franklin w/permission
Deon Franklin
Kate J. Merolo
1400 E. Southern Avenue, Suite 400
Tempe, AZ 85282-5691
Attorneys for UND Aerospace Foundation

By: /s/ Kate J. Merolo w/permission
Kate J. Merolo
Special Assistant Attorney General
1400 E. Southern Avenue, Suite 400
Tempe, AZ 85282-5691
Attorney for Defendant University of North Dakota

1389745.1